UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STANLEY DAVIS,

          Plaintiff,

-vs-                                    Case No. 5:05-cv-31-Oc-10GRJ

FNU EDMUND, Constable, UNITED
STATES OF AMERICA, UNKNOWN
FEDERAL AGENTS

          Defendants.

_____

**O R D E R**

This case is before the Court for consideration of the Plaintiff's Notice of Voluntary Dismissal (Doc. 19). The Plaintiff's notice states that the Plaintiff voluntarily dismisses this action "because disclosure of government's classified data, in support of the claims alleged in the instant cause of action, would subject [the Plaintiff] and his family to *imminent danger of serious physical injury or death.*"[1] Since the Plaintiff's dismissal does not appear to be voluntary, the Court declines to dismiss the Plaintiff's Complaint based on his Notice of Voluntary Dismissal. However, based on the report issued by the United States Magistrate Judge (Doc. 18), which recommends that the Plaintiff's Amended Complaint be dismissed, the Court concludes that the Plaintiff's Amended Complaint is due to be dismissed. Accordingly, upon an independent examination of the file upon due consideration, it is ordered that:

---

[1]     (emphasis added).

(1) the report and recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed and made a part hereof;

(2)  the Plaintiff's Amended Complaint is DISMISSED; and

(3) the Clerk is directed to terminate any pending motions and close the file in this matter.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 28th day of June, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Stanley Davis
             Maurya McSheehy